# Lindgren, Callihan, Van Osdol & Co., Ltd.

328 West Stephenson
PO Box 567
Freeport, IL 61032
815-233-1512

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108-0000

Invoice No.   319683
Date          09/30/2008
Client No.    R05762.0

---

**SERVICE      STAFF                                                                AMOUNT**

**Patricia Schuld Bankruptcy Estate**

**1040 Preparation**
05/29/2008     Thompson
               re: Schuld Bankruptcy

**1041T Biller sign and review**
09/09/2008     Richardson
               Patricia Schuld - review and sign 2008 return

**1041E Preparation**
08/19/2008     Thompson
               Schuld - go over with Neal, Questions to Denise, misc
08/25/2008     Thompson
               Schuld - call Denise and go over questions, set up 08 return in 07
               forms and enter info
09/08/2008     Thompson
               Schuld - changes to 08 return and re-print return and letters

**1041E Conference**
08/27/2008     Thompson
               Schuld - finish Patricia Schuld bankruptcy return (08 on 07 forms)

**1041E Clerical**
09/09/2008     Johnson L
               Schuld Bankruptcy return

**Other accounting travel**
09/10/2008     Rudolph A

                                              Current Amount Due       $     611.00

               Richardson                               .40       $240/Hr
               Thompson                               3.30        $146/Hr
               Johnson                                  .30        $68/Hr
               Rudolph                                  .40        $32/Hr

Please include your invoice number and client number on your check.
A finance charge of 1 1/2% per month, which is an annual percentage rate of 18% will
be calculated on your unpaid balance in excess of forty-five (45) days.

**EXHIBIT A**