**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHULD, PATRICIA K         § Case No. 07-70072
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $49,110.00 | Assets Exempt: $6,700.00 |
| Total Distribution to Claimants: $14,658.57 | Claims Discharged Without Payment: $19,467.02 |
| Total Expenses of Administration: $8,176.73 | |

3) Total gross receipts of $ 24,435.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,600.00 (see **Exhibit 2**), yielded net receipts of $22,835.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $41,724.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,176.73 | 8,176.73 | 8,176.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,974.00 | 54,298.42 | 28,151.59 | 14,658.57 |
| **TOTAL DISBURSEMENTS** | $47,698.00 | $62,475.15 | $36,328.32 | $22,835.30 |

4) This case was originally filed under Chapter 7 on January 12, 2007.
. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2010      By: /s/BERNARD J. NATALE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| LOTTERY WINNINGS - ANNUAL WINNINGS | 1129-000 | 18,629.98 |
| 2007 FEDERAL TAX REFUND | 1224-000 | 2,809.00 |
| 2007 STATE TAX REFUND | 1224-000 | 58.67 |
| 2008 Federal Tax Refund | 1224-000 | 2,831.38 |
| Interest Income | 1270-000 | 106.27 |
| **TOTAL GROSS RECEIPTS** | | **$24,435.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PATRICIA K SCHULD | ONE TIME EXEMPTION ON LOTTERY WINNINGS | 8100-002 | 1,600.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,600.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Oxford Bk&tr | 4110-000 | 41,724.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $41,724.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 40.94 | 40.94 | 40.94 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 625.40 | 625.40 | 625.40 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,823.75 | 3,823.75 | 3,823.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,033.38 | 3,033.38 | 3,033.38 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 611.00 | 611.00 | 611.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.97 | 7.97 | 7.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 18.04 | 18.04 | 18.04 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 16.25 | 16.25 | 16.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,176.73 | 8,176.73 | 8,176.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Worldwide Financial Capital Bank | 7100-000 | N/A | 273.70 | 273.70 | 142.52 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 26,146.83 | 26,146.83 | 13,614.68 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 931.05 | 931.05 | 484.80 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 800.01 | 800.01 | 416.57 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 26,146.83 | 0.00 | 0.00 |
| Bp Oil/citibank | 7100-000 | 1,026.00 | N/A | N/A | 0.00 |
| Capital 1 Bk | 7100-000 | 2,490.00 | N/A | N/A | 0.00 |
| Capital 1 Bk | 7100-000 | 2,458.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 5,974.00 | 54,298.42 | 28,151.59 | 14,658.57 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-70072  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** SCHULD, PATRICIA K  **Filed (f) or Converted (c):** 01/12/07 (f)
 **§341(a) Meeting Date:** 02/08/07
**Period Ending:** 01/15/10  **Claims Bar Date:** 05/22/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHASE BANK CHECKING | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | LOTTERY WINNINGS - ANNUAL WINNINGS | 12,937.50 | 11,337.50 | | 18,629.98 | FA |
| 7 | 2002 BUICK CENTURY (100,000 MILES) | 4,500.00 | 1,100.00 | DA | 0.00 | FA |
| 8 | COMPUTER | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 FLEETWOOD MOBILE HOME | 43,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 FEDERAL TAX REFUND (u) | Unknown | 2,809.00 | | 2,809.00 | FA |
| 11 | 2007 STATE TAX REFUND (u) | Unknown | 58.00 | | 58.67 | FA |
| 12 | 2008 Federal Tax Refund (u) | 0.00 | 2,831.00 | | 2,831.38 | FA |
| 13 | 2008 State Tax Refund (u) Order to Abandoned entered on 9/23/09 by Judge Barbosa | 0.00 | 59.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 106.27 | FA |
| 14 | Assets  Totals (Excluding unknown values) | **$62,047.50** | **$18,194.50** | | **$24,435.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING RECEIPT OF STATE OF ILLINOIS TAX REFUND OF $59.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008    **Current Projected Date Of Final Report (TFR):**   October 15, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-70072  
**Case Name:** SCHULD, PATRICIA K  

**Taxpayer ID #:** 13-7555930  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/07 | {6} | DANIEL W HYNES | PAY OUT ON LOTTERY WINNINGS | 1129-000 | 9,314.99 | | 9,314.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 1.64 | | 9,316.63 |
| 05/31/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #07-70072, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided on 05/31/07 | 2300-003 | | 7.84 | 9,308.79 |
| 05/31/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #07-70072, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided: check issued on 05/31/07 | 2300-003 | | -7.84 | 9,316.63 |
| 05/31/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #07-70072, BOND NO. 016018067 | 2300-000 | | 7.97 | 9,308.66 |
| 06/13/07 | | To Account #********1266 | TRANSFER TO PAY DEBTOR'S EXEMPTION | 9999-000 | | 1,700.00 | 7,608.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 6.27 | | 7,614.93 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 6.34 | | 7,621.27 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 6.14 | | 7,627.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 5.55 | | 7,632.96 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 6.55 | | 7,639.51 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 21.02 | | 7,660.53 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 5.33 | | 7,665.86 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.79 | | 7,670.65 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 2.55 | | 7,673.20 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 2.29 | | 7,675.49 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 1.70 | | 7,677.19 |
| 05/22/08 | {6} | ILLINOIS DEPARTMENT OF REVENUE | FINAL PAY OUT OF ILLINOIS LOTTERY WINNINGS | 1129-000 | 9,314.99 | | 16,992.18 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.76 | | 16,993.94 |
| 06/03/08 | {10} | UNITED STATES TREASURY - IRS | 2007 INCOME TAX REFUND | 1224-000 | 2,809.00 | | 19,802.94 |
| 06/12/08 | 1003 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 99812 - Preparation of Tax Returns | 3410-000 | | 625.40 | 19,177.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 3.86 | | 19,181.40 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 3.90 | | 19,185.30 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 3.65 | | 19,188.95 |

Subtotals: $21,522.32   $2,333.37

{} Asset reference(s)

Printed: 01/15/2010 01:59 PM   V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-70072  
**Case Name:** SCHULD, PATRICIA K  
**Taxpayer ID #:** 13-7555930  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/08 | {11} | ILLINOIS DEPARTMENT OF REVENUE | 2008 STATE OF ILLINOIS TAX REFUND AND INTEREST | 1224-000 | 58.67 | | 19,247.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 4.04 | | 19,251.66 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 3.70 | | 19,255.36 |
| 11/10/08 | {12} | INTERNAL REVENUE SERVICE | INCOME TAX REFUND | 1224-000 | 2,831.38 | | 22,086.74 |
| 11/26/08 | | To Account #********1266 | TRANSFER | 9999-000 | | 1,000.00 | 21,086.74 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 2.44 | | 21,089.18 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.87 | | 21,091.05 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.03 | | 21,092.08 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.96 | | 21,093.04 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.10 | | 21,094.14 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.03 | | 21,095.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.00 | | 21,096.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.10 | | 21,097.27 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.07 | | 21,098.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.07 | | 21,099.41 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.00 | | 21,100.41 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 21,101.27 |
| 11/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.66 | | 21,101.93 |
| 11/23/09 | | To Account #********1266 | Transfer for Final Disbursement | 9999-000 | | 21,101.93 | 0.00 |

|  |  | ACCOUNT TOTALS | 24,435.30 | 24,435.30 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 23,801.93 | |
|  |  | **Subtotal** | 24,435.30 | 633.37 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$24,435.30** | **$633.37** | |

{} Asset reference(s)                                                                                                         Printed: 01/15/2010 01:59 PM    V.11.54

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 07-70072  
**Case Name:** SCHULD, PATRICIA K  

**Taxpayer ID #:** 13-7555930  
**Period Ending:** 01/15/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/07 | | From Account #********1265 | TRANSFER TO PAY DEBTOR'S EXEMPTION | 9999-000 | 1,700.00 | | 1,700.00 |
| 06/13/07 | 101 | PATRICIA K SCHULD | ONE TIME EXEMPTION ON LOTTERY WINNINGS | 8100-002 | | 1,600.00 | 100.00 |
| 06/02/08 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #07-70072, BOND #016018067 | 2300-000 | | 18.04 | 81.96 |
| 11/26/08 | | From Account #********1265 | TRANSFER | 9999-000 | 1,000.00 | | 1,081.96 |
| 11/26/08 | 103 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 319683   SCHULD FINAL | 3410-000 | | 611.00 | 470.96 |
| 08/13/09 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #07-70072, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 16.25 | 454.71 |
| 11/23/09 | | From Account #********1265 | Transfer for Final Disbursement | 9999-000 | 21,101.93 | | 21,556.64 |
| 11/24/09 | 105 | BERNARD J. NATALE | Dividend paid 100.00% on $3,033.38, Trustee Compensation;  Reference: | 2100-000 | | 3,033.38 | 18,523.26 |
| 11/24/09 | 106 | Worldwide Financial Capital Bank | Distribution paid  52.07% on $273.70; Claim# 1; Filed: $273.70; Reference: 4256 | 7100-000 | | 142.52 | 18,380.74 |
| 11/24/09 | 107 | eCAST Settlement Corporation assignee of | Distribution paid  52.07% on $26,146.83; Claim# 2; Filed: $26,146.83; Reference: 3011 | 7100-000 | | 13,614.68 | 4,766.06 |
| 11/24/09 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,864.69 | 901.37 |
| | | | Dividend paid 100.00%    3,823.75 on $3,823.75;  Claim# ATTY; Filed: $3,823.75 | 3110-000 | | | 901.37 |
| | | | Dividend paid 100.00%    40.94 on $40.94;  Claim# EXP; Filed: $40.94 | 3120-000 | | | 901.37 |
| 11/24/09 | 109 | eCAST Settlement Corporation assignee of | Combined Check for Claims#3,4 | | | 901.37 | 0.00 |
| | | | Dividend paid  52.07%    484.80 on $931.05;  Claim# 3; Filed: $931.05; Reference: 4224 | 7100-000 | | | 0.00 |
| | | | Dividend paid  52.07%    416.57 on $800.01;  Claim# 4; Filed: $800.01; Reference: 3453 | 7100-000 | | | 0.00 |

Subtotals :           $23,801.93         $23,801.93

{} Asset reference(s)                                                                  Printed: 01/15/2010 01:59 PM    V.11.54

Case 07-70072   Doc 43   Filed 01/25/10   Entered 01/25/10 15:47:48   Desc Main
Document      Page 10 of 10

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-70072  
**Case Name:** SCHULD, PATRICIA K  

**Taxpayer ID #:** 13-7555930  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 23,801.93 | 23,801.93 | $0.00 |
| | | | Less: Bank Transfers | | 23,801.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 23,801.93 | |
| | | | Less: Payments to Debtors | | | 1,600.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,201.93** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****12-65** | 24,435.30 | 633.37 | 0.00 |
| **Checking # ***-*****12-66** | 0.00 | 22,201.93 | 0.00 |
| | **$24,435.30** | **$22,835.30** | **$0.00** |